UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KIM ALBERTO,

      Plaintiff,

v.                                            Case No:  2:14-cv-465-FtM-38DNF

FM HOTEL/OFFICE VENTURE, L.P.
(LTD),

      Defendant.
                                            /

**ORDER[1]**

This matter comes before the Court upon *Sua Sponte* Review of the Docket Sheet. On September 2, 2014, the Clerk's Office incorrectly docketed an Order (Doc. #15) directing the Clerk of the Court to dismiss the case without prejudice and enter judgment accordingly. Later that day, the Dismissal Order was filed in the correct case and a disregard notice was placed on the erroneous Order in this case. Nevertheless, on September 3, 2014, the Clerk of the Court entered judgment (Doc. #16) in this case based upon the incorrect filing. The judgment was erroneously entered in the instant action and will be vacated and the erroneous Order (Doc. #16) will be stricken from the record.

      Accordingly, it is now

      **ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Judgment in this case (Doc. #16) is hereby **VACATED.** The Clerk of the Court is directed to **STRIKE** Doc. #16 from the record and remove the document from the file. The Clerk of the Court is further directed to re-open this case and change the case flag to open.

**DONE** and **ORDERED** in Fort Myers, Florida this 4th day of September, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record